IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-CR-00016-KDB-DSC-1

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL SANTILLAN | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Daniel Santillan's motion for reconsideration of compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 26). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion.

Defendant's motion for compassionate release was denied because Defendant did not present extraordinary and compelling reasons for this Court in its discretion to grant compassionate release. (Doc. No. 25). Defendant presents no new evidence that this Court has not previously considered and the Court finds no reason to change its prior ruling. (Doc. No. 25).

**IT IS, THEREFORE, ORDERED**, that the Defendant's motion for reconsideration of compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 26), is **DENIED.**

**SO ORDERED.**

Signed: January 31, 2022

Kenneth D. Bell
United States District Judge